**Exhibit A to the Complaint**

**Location:** Sayreville, NJ  
**Total Works Infringed:** 50

**IP Address:** 74.88.195.9  
**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 1 | E474F829786D99F77071D695C1E640049D946C7C | 04/17/2019 20:22:35 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 2 | 0160A3F1D03FA72208EEA37121C853D80C8B161D | 12/04/2018 22:42:12 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | 01/09/2019 16:38:39 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 082C43A6A41C30507682EB32F25A418C5223436D | 02/10/2018 09:27:52 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 5 | 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E | 01/09/2019 16:44:20 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |
| 6 | 1018A676073B24EB9A7384E7BF56686079E27B27 | 12/21/2018 00:30:46 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 7 | 13F8B657984BB039924814A1A97078E76113ADE6 | 03/25/2018 22:57:49 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 8 | 14CE869E2C11E6028F05AE062FE5D65C193A621F | 04/29/2018 20:07:13 | Tushy | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 9 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | 01/14/2018 17:08:41 | Vixen | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 10 | 1F11AA8DB1D64E7C980693CBD8C37407A6C3963C | 04/28/2018 12:52:53 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 11 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | 01/05/2018 23:10:10 | Vixen | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 12 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | 01/26/2018 19:36:59 | Vixen | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 13 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 01/05/2019 21:02:27 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 14 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | 12/20/2018 22:24:54 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 15 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | 03/25/2018 16:26:59 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 16 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | 04/29/2018 18:14:50 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 17 | 36B7266729748819E444F7942B37F3EDD4208849 | 05/17/2018 20:43:57 | Blacked Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | 01/26/2018 21:05:44 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 19 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | 06/07/2018 20:45:19 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 20 | 3C2ECF682E82D48E081274FA2B9C4A95AD626BAE | 01/21/2018 00:01:16 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 21 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | 11/24/2018 01:30:49 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 22 | 46657A0D537BDE2011466635C4942788C9B3C075 | 02/16/2018 05:45:08 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 23 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | 01/26/2018 18:40:11 | Tushy | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 24 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | 06/07/2018 22:03:44 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 25 | 6E9E281466299023AFFA79D8029C36355E099D84 | 03/23/2018 21:49:10 | Vixen | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 26 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | 02/16/2018 02:46:08 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 27 | 7A85E0EE5088B8ABFD28309A3BE8BDCB5FB05DE2 | 12/21/2018 01:12:39 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 28 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | 01/06/2018 08:42:41 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 29 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | 01/05/2018 20:02:51 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 30 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 12/16/2018 18:34:17 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 31 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 01/11/2019 23:56:21 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 32 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | 03/25/2018 15:46:15 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 33 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | 01/09/2019 16:45:24 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 34 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | 01/26/2018 21:07:09 | Blacked Raw | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 35 | C21494014CAE08A3C4A0F8A6027884A4A823E68D | 04/15/2018 02:29:04 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 36 | C8F92F5754426D51551C51CA298682CD94EE60FC | 01/03/2018 00:33:23 | Tushy | 01/01/2018 | 01/22/2018 | PA0002101767 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 37 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | 01/05/2018 09:01:51 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 38 | CD6294A1E374A9314470B69751116A79B32C1E56 | 01/05/2018 08:56:43 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 39 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | 01/26/2018 15:39:15 | Tushy | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 40 | CF7373B976BF078DBB9CE0871213D8469D84358D | 01/07/2018 15:30:35 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 41 | D43DA92C9E2BBF98A101601F87E91B30FE662994 | 03/24/2018 12:09:41 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 42 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | 06/09/2018 13:59:02 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 43 | E429ECEA3CC731EE2C160A6E4D77991FECDF8897 | 12/05/2018 23:25:20 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 44 | E943D7751FFA67A334AC25A629C45780C57511FC | 03/23/2018 19:48:15 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 45 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 01/13/2019 19:55:33 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 46 | F5E931AB78F7394210896FEC71ADFB7C43276832 | 12/04/2018 22:20:21 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 47 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | 01/21/2018 04:31:14 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 48 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 12/04/2018 22:41:54 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 49 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 01/17/2019 04:12:31 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 50 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 05/19/2018 15:42:54 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |