**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 285-3239
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN DOE, subscriber assigned IP address 74.88.195.9,<br><br>                    Defendant. | Case No. 3:19-cv-13999-MAS-LHG<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 74.88.195.9 are voluntarily dismissed with prejudice.

DATED: October 14, 2019            Respectfully submitted,

                                   **THE ATKIN FIRM, LLC**

                                   *Attorneys for Plaintiff,*
                                   *Strike 3 Holdings, LLC*

                                   */s/ John C. Atkin, Esq.*
                                   John C. Atkin, Esq.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *John C. Atkin*
       John C. Atkin, Esq.